IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-mc-00078-MJW

CSHM LLC,

Plaintiff(s),

v.

DR. JODI KUHN, DDS,
CHILDREN'S DENTAL CLINIC OF THORNTON, P.C.
(n/k/a THORNTON YOUTH DENTISTRY, PC),
SMILE HIGH DENTISTRY FOR CHILDREN, P.C.,
(n/k/a DENVER YOUTH DENTISTRY, PC),
6th STREE OF DENVER DENTAL CLINIC, P.C.
(n/k/a AURORA YOUTH DENTISTRY, PC), and
SMALL SMILES DENTISTRY FOR CHILDREN, P.C.
(n/k/a SPRINGS SMILES YOUTH DENTISTRY, PC),

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Withdraw Motion for Protective Order (Docket No. 3) is granted, and thus the Motion for Protective Order (Docket No. 1) is withdrawn, and this miscellaneous case shall be closed.

Date: May 14, 2014